UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

|  |  |  |
|---|---|---|
| MARY PARKMAN | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 4:10-cv-02475 |
| v. | ) ) ) | |
| ALLIEDBARTON SECURITY SERVICE | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Mary Parkman and Defendant AlliedBarton Security Services LLC, and file this Stipulation of Dismissal with Prejudice as follows:

The parties in the above-styled claim have agreed to resolve this matter through settlement and have entered into a settlement agreement and general release (the "Agreement").

As a term and condition of the Agreement, Plaintiff has agreed to dismiss all of her claims against Defendant AlliedBarton Security Services LLC <u>with prejudice</u>. The Court shall retain jurisdiction over this matter in order to enforce the terms of the settlement agreement, if necessary.

NOW THEREFORE, Plaintiff stipulates and agrees to the dismissal of Civil Action No. 4:10-CV-02475, and each and every claim therein, <u>with prejudice</u>. All parties to bear their own costs except as set forth in the Agreement.

Respectfully submitted on this 3rd day of May, 2011.

| | |
|---|---|
| **/s/ Todd Slobin** | **/s/ Matthew D. Crawford** |
| **Shellist Lazarz Slobin LLP** | **Schmoyer Reinhard LLP** |
| M. Todd Slobin | Christine E. Reinhard |
| 3D/International Tower | Justin Sobey |
| 1900 West Loop South | 3619 Paesanos Parkway |
| Suite 1910 | Suite 202 |
| Houston, Texas 77027 | San Antonio, Texas 78231 |
| 713.621.2277 | 210.447.8033 |
| 713.621.0993 (fax) | 210.447.8036 (fax) |

-and-

**Martenson, Hasbrouck & Simon LLP**
Matthew D. Crawford
Marty N. Martenson
3379 Peachtree Road, NE
Suite 400
Atlanta, Georgia 30326
404.909.8100
404.909.8120

*Counsel for Defendant*
*AlliedBarton Security Services LLC*